IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

__Western__ DIVISION

**FILED**
MAR 2 4 2017
Peter A. Moore, Jr., CLERK
US DISTRICT COURT, EDNC
BY ___KM___ DEP CLK

SHAHNAZ POURSAEED

_____ )
(Enter above the full name
of the Plaintiff[s] in this
action).

Case No. 5:17-CV-141-BO
(To be assigned
by the Clerk of
District Court)

vs.

1) _THE WAVERLY APARTMENTS_ HOME.

2) UNLIMITED RECOVERY LLC )

_____ )

_____ )
(Enter above the full name of
**ALL** Defendant[s] in this action.
Fed.R.Civ.P.10(a) requires that
the caption of the complaint
include the names of **all** the
parties. Merely listing one
party and "et al." is insufficient.
Please attach additional sheets if
necessary).

## COMPLAINT

Plaintiff resides at: 3302 NEW BERN RIDGE DR

APT #108

RALEIGH, NC 27610

1

Case 5:17-cv-00141-BO   Document 1   Filed 03/24/17   Page 1 of 6

Defendant(s) name(s) and address(es), if known: _____

1) THE WAVERLY APARTMEN HOMES

   3211 PRIDWEN CIR

   RALEIGH, NC 27610

2) UNLIMITED RECOVERY LLC

   MR TAD LOWDERMILK.
   3201 DURHAM DR
   ~~RALIEGH, NC 27603-3502~~

Jurisdiction in this court is based on: _____

- VIOLATION OF SEC 12-7005. REMOVAL OF CAR, PRE-TOWING NOTICE REQUIRMENTS VIOLATION.
-) VIOLATION OF G.S. 20-219.2 : VIOLATION OF ~~NO CLEAR~~ SIGN ON PROPERTY FOR TOWING LAW. DAMAGE TO THE NEW CAR & PHYSICAL DAMAGE
-) ~~VIOLATION OF HEALTH & SAFETY STANDARD BY LANDLORD.~~
-) VIOLATING MY PRIVACY IN MY OWN HOME.
- DISCRIMINATION, VIOLATION OF MY HUMAN RIGHT.

The acts complained of in this suit concern: _____

I MOVED TO WAVERLY APTS ON 02-28-2017 & HAD BEEN PROVIDED Č ONE CAR PARK PERMIT & ~~WAS UNDERSTOOD IF~~ ANOTHER CAR, I OR MY FAMILY MEMBER PURCHASE WILL BE FINE TO PARK IN A CAR PARK. NO ONE HAD EXPLAINED ABOUT TOWING THE CAR IN FRONT OF MY HOME, NEIGHTER THERE WAS A SIGN INFRONT OF MY APARTMENT'S CAR PARK

2

ARI

that warns car will be towed if no parking permit tag given by apartment is not placed in the car.

On 02-21-2017 I purchased a brand new car, zero millage ( Rav 4 ,2017,Toyota ,white color) . There were many empty car park spaces in front of home and I thought since I have car park permit tag by apartment for my other car ,that is enough for my house, although still was aiming to inform management of apartment about the new car purchase. I had no clue that the car will be towed if the car permits tag which is been provided by Apartment management is not placed in the car. **Furthermore there were no warning sign in the car park area of my home that warns towing will take place and above all I am still new to this home. ( just moved to this home on 01-28-2017).**

On the early hours of day: 03-02-2017 ,I Shahnaz Poursaied along with my mother : MS Ozra Robati were going for walk outside the home that I noticed my car is missing in front of home. I was in panic state, I thought I will have heart attack, **as I thought car is stolen**. I have spent ten thousand dollar of my saving to pay for down payment and car has Twenty eight thousands dollar finance on it that I have to pay as 409.00 dollar payment of monthly pay for next 7 years. I was in such pain that I thought I will get heart attack as I thought car is stolen and I have remained with no car, lost savings and have to pay 409.00 payments for next 7 years for a stolen car.

I took myself together and called police to report stolen car. Police informed me that most probably car is been towed by towing company. Police arrived to house immediately and I called towing company to enquire why my new car is towed? I must say: I was so unwell with the harassment that I could not speak effectively, so handed the phone to police who spoke to the towing company.

I called towing company: Unlimited recovery LLC to take their physical address, but representative who picked up the phone was so rude and was trying to punish for the earlier call that I had made. She refused to give her name, or hand the phone to someone else ,hang up the phone 3 times and finally did not provided me with the address. I found the address on my own.

I went to towing company: Unlimited recovery LLC immediately had to pay 160.00 dollar fine to release my car. My Car was been jailed among many cars and they had to tow many car to get to my car in order to release it. Car has yellow stain on its wheel as result of towing, has lost it's being new touch and has jerky stop now. I informed Better Business Bureau (Ref# 17-90011342-11117590-10-40) on the same day of 03-02-2017. I also took the picture of my car and it's condition while in towing company.

In addition on day of towing my car, I found few other cars parked in car park of my home front with no parking permit tag too ,but those cars were not towed. On next lane to my car in the same car park in front of my home buildings, there was old red car of a neighbor who for many days had its screws scattered around the car in car park and had flat rear tire and was having safety issues as car was raised by owner with mechanic devices to avoid wheel hit the ground. But still such car of neighbor had

warning sign on it by apartment ,state: warning if car repair does not take place ,it will be towed, whereas my new car when even myself is new to this building was towed without any notice.

And the other concern with Waverly apartment is like any other places that I lived since 2006 and as due to of Government Identity theft that takes place and as result my total life is controlled, this apartment too has continued same crime.

I am controlled by noise, woken up every hourly or regularly still and a noise will be sent to home that more than anything cause me feel like home arrest. It feels like my sleep even been stolen as result of this crime. I am even been controlled in my own body, in my own sleep as result of this dreadful crime. It is so obvious that anyone can understand it in few days staying in this home. I have made Electric Journal and record every time I am been woken up ,and the worst part is: torture goes worse every time I document the time and hours of the crime of getting to my sleep in my journal simply because internet too is under control . It is again here in this apartment as well that controlling by the person who resides in upstairs apartment, management and even police is part of this crime against me is continuing.

Furthermore Waverly apartment has electrical generator for every apartment building which is placed less than 3 feet from every home .. Other neighbor won't take the noise, as noise is been completely cured by management for other homes. In my bed room,( I have recorded the noise ) ,it feels like you sleep in electric factory, it is such high frequency electrical noise that occur continusely .

In addition to nonstop high frequency generator noise, there is also every few hours an addition 30-45 sec of high electrical circuits noise that goes directly as loud noise sound like very loud eeeer in your ear drum. If I complaint many times, there is slight reduction but that does not stop nerve breaking and ear harming effect of electrical generator. However in some very few occasions that I have document their occurrence in my journal there were no noise at all and I could sleep the whole night as result, which again means Apartment is capable of stopping the generator noise completely and that is what they provide for other neighbor- no noise from electrical generator-.

Noise from previous apartment that I already have filled law suit against was so high and in addition to fall that occurred on 01-09-2017 on summer mill Apartment that has already affected my ear and this place add to insult and harm to my health. **Waverly apartment breech the noise warrant set by law ,as hearing such high frequency noise is hazard to health.**

In addition matter of waking me up more than 10 times in 12 hours sleep time and then send noise cause sleep disturbance which is my basic human right to sleep . I get headache and my ear gets hurt. Although noise from electrical generator is biggest issue here but more important is my freedom and privacy in my own home. I am been woken up and in addition to generator noise that is ongoing, there is occasional flush of toilet noise from upstairs neighbor ,and suspicious noises from wall that all together make me feel being in home arrest.

I informed police many times that again has effect for few days and situation gets back to where it was before.

The whole situation makes me feel helpless, it cause anxiety, feels discrimination and not discriminating against any race or nation but against every human being as they violate my human rights due to this crime by controlling my very basic right with no fault of mine. It cause, rage and anger as why I have been treated differently when I pay same as others? Why controlling in my home is been allowed by government authorities like police and FBI? And why my health is not equally as important as other citizens?

I seek the following relief:

1) TWO HUNDRED THOUSANDS DOLLAR FOR CRIME OF CONTROLING ME IN MY OWN HOME, HARM TO MY HEALTH & EMOTIONS.

2) PRICE OF THE NEW CAR THAT IS THIRTY EIGHT THOUSAND DOLLAR FROM BOTH DEFENDANT, AS TOUCHING MY POSSESION WITHOUT PERMISSION IS PART OF SAME CRIME OF GOV ID THEFT THAT I FACE SINCE 2006.

3) SINCE PRISON IS FREE BY FEDERAL LAW, TO STOP THE RENT & PAY BACK ANY RENT THAT I PAID SINCE START OF THE LEASE TILL END OF CONTRACT. AS AGAIN, AS THIS CRIME MAKE ME FEEL BE IN HOME ARREST. EVEN CRIMINAL DON'T PAY FOR PRISON, WHY ME BEING A VICTIM, SHOULD PAY FOR THIS HOME ARREST HARRESMENT?

Date: 03-24-2017

Signature of Plaintiff: Shiv

Address and Telephone Number of Plaintiff
3302 NEW BERN RIDGE DR
APT # 108
RALIEGH, NC 27610
(336)-749-9854

4