UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| SHAHNAZ POURSAIED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| THE WAVERLY APARTMENT HOMES and | ) | |
| UNLIMITED RECOVERY, | ) | 5:17-CV-141-BO |
| | ) | |
| Defendants. | ) | |
| | ) | |

**Decision by Court.**
This cause comes before the Court defendants' motions to dismiss. Also before the Court are plaintiff's motion for sanctions and motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** defendant The Waverly Apartment Homes' and defendant Unlimited Recovery's motions to dismiss [DE 16 & 20] are GRANTED. Plaintiff Shahnaz Poursaied's motion for sanctions [DE 19] and motion for summary judgment [DE 29] are DENIED.

This case is closed.


**This judgment filed and entered on September 8, 2017, and served on:**
Shahnaz Poursaied (via US Mail to 3302 New Bern Ridge Dr., Apt 108, Raleigh NC 27610)
Patrick Anthony Johnson (via CM/ECF Notice of Electronic Filing)
R. L. Adams (via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

September 8, 2017



  /s/Lindsay Stouch
By: Deputy Clerk